[No. 15081-0-III.   Division Three.   March 13, 1997.]

THOMAS F. MERRY, *Appellant*, v. CHELAN COUNTY
AUDITOR, *Respondent*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 94-2-01046-2, Ted W. Small, J., entered
July 19, 1995. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Thompson and Kurtz, JJ.

[No. 15087-9-III.   Division Three.   March 13, 1997.]

DARCY L. LONAM, ET AL., *Appellants*, v. BOB STERLING
ENTERPRISES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-01422-1, Kathleen M. O'Connor,
J., entered July 21, 1995. *Reversed* by unpublished opinion
per Kurtz, J., concurred in by Sweeney, C.J., and Schul-
theis, J.

[No. 15513-7-III.   Division Three.   March 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS
J. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for
Lincoln County, No. 95-8-00042-1, John M. Lyden, J.,
entered January 9, 1996. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Sweeney, C.J., and Schul-
theis, J.

[No. 18847-3-II.   Division Two.   March 14, 1997.]

STELLA SALES, INC., ET AL., *Respondents*, v.
DeMAY C. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-01593-7, J. Kelley Arnold, J., entered
October 21, 1994. *Reversed* by unpublished opinion per Ca-
sey, J. Pro Tem., concurred in by Seinfeld and Armstrong,
JJ.